IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                            CASE NO. 1:07-cv-00235-MP-AK

CONTENTS OF BANK OF AMERICA
ACCOUNT NO. 91000083808982 IN THE
NAME OF DJPNI PROPERTIES, LP,

    Defendant.
_____/

## **O R D E R**

This Matter is Before the Court on Doc. 5, Stipulated Motion for Stay of Proceedings, filed by the United States of America.  In the motion, the Government states that discovery against the United States of America, or the deposition of Dipnarine Maharaj and Jacqueline Gouvea, may interfere with and impair the prosecution of the underlying criminal case or possibly infringe on Defendants' right against self incrimination.  Because the Court finds that a stay is necessary to protect the Defendants' right against self-incrimination and the Government's ability to prosecute the related criminal case, the motion is granted.  Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    That pursuant to 18 U.S.C. § 981(g), the proceedings are hereby stayed until such time as the criminal matter currently pending against Dipnarine Maharaj and Jacqueline Gouvea is resolved.  The Clerk is directed to stay the proceedings in accordance with this Order.

    **DONE AND ORDERED** this  *6th* day of February, 2008



                            *s/Maurice M. Paul*
                      Maurice M. Paul, Senior District Judge