IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                              CASE NO. 1:07-cv-00235-MP-AK

CONTENTS OF BANK OF AMERICA
ACCOUNT NO. 91000083808982 IN THE
NAME OF DJPNI PROPERTIES, LP,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 7, Motion to Set Aside Forfeiture and Certificate of Reasonable Cause, filed by Plaintiff United States of America.  In the motion, the United States moves the Court for an issuance of a Certificate of Reasonable Cause, and an order returning the defendant property.  Under 28 U.S.C. § 2465(a)(2), such a certificate shall be entered, notwithstanding a judgment for the claimant, if it appears that there was reasonable cause for the seizure or arrest.  After reviewing the record, the Court finds that there was reasonable cause for the seizure or arrest of the defendant property, contents of Bank of America account no. 91000083808982.  Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The defendant property, with accrued interest, if any, shall be returned to the claimant in care of Robert Targ at 100 SE 2nd Street, 2600 Bank of America Tower, Miami, Florida 33131.

    2.    Pursuant to 28 U.S.C. § 2465(a)(2), neither the person who made the seizure or arrest nor the prosecutor shall be liable to suit or judgment on account of such suit or prosecution, nor shall the claimant be entitled to costs, except as provided in 28 U.S.C. § 2465(b).

**DONE AND ORDERED** this   *16th* day of May, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge
